[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 1241.]

STEPHENSON, APPELLANT, *v*. GRANGE MUTUAL CASUALTY COMPANY, APPELLEE.

[Cite as *Stephenson v. Grange Mut. Cas. Co.*, 2000-Ohio-418.]

*Appeal dismissed as improvidently allowed.*

(No. 99-2244—Submitted April 26, 2000—Decided May 24, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98APE12-1596.

————————————

*Lamkin, Van Eman, Trimble, Beals & Rourke* and *Michael J. Rourke*, for appellant.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.*, and *James R. Gallagher*, for appellee.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

————————————